**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

JOHN O'HARA, both individually and in his official capacity on behalf of O'HARA FOR SENATE, and O'HARA FOR SENATE,

           Plaintiffs,

  - against -

ELIZABETH COHEN-SANCHEZ a/k/a ZEE COHEN SANCHEZ, both individually and in Her official capacity as the executive director of SOLE STRATEGIES LLC, and SOLE STRATEGIES LLC,

           Defendants.

-------------------------------------------------------X

**JUDGMENT**
CV 22-6209 (RPK) (JRC)

    A Memorandum and Order of Honorable James R. Cho, United States Magistrate Judge, having been filed on March 27, 2025, granting Defendants' motion for summary judgment, denying Plaintiff's cross-motion for summary judgment, and directing the Clerk of Court to enter judgment for defendants and to close this case, it is

    **ORDERED AND ADJUDGED** that Plaintiffs John O'Hara and O'Hara for Senate take nothing of Defendants Elizabeth Cohen-Sanchez and Sole Strategies LLC; that Defendants' motion for summary judgment is granted; that Plaintiffs' cross-motion for summary judgment is denied; and that this case is closed.

Dated: March 28, 2025
       Brooklyn, New York

                                            BRENNA B. MAHONEY
                                            CLERK OF COURT
                                  By:  /s/ James J. Toritto
                                            Deputy Clerk